**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re: Debtor(s)
    **Serey Kieng**

Case No.: **13−73792−mhm**
Chapter: **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

    On November 4, 2013 , the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee for this case in installments, provided that Debtor paid the initial filing fee installment within seven days following the date of the Order Granting the Application to Pay in Installments. The Order also provided that the failure to pay the filing fee as directed would result in dismissal of this case without further notice or opportunity for hearing. The Debtor failed to pay timely the filing fee as directed by the Order. Accordingly, it is

    ORDERED that the above−styled case **is dismissed**.

    The Clerk is directed to serve a copy of this Order Of Dismissal on Debtor, Debtor's Counsel, any Trustee, and all creditors.

    **SO ORDERED,** on November 19, 2013 .

Margaret Murphy
United States Bankruptcy Judge

Form 3081113